IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01875-PAB-KMT

ESTATE OF DERAMUS DEWAYNE LEMUEL, by and through its personal representative
    Elizabeth Lemuel,
ELIZABETH LEMUEL, individually,
Z.D.-L.M.L., individually, a minor, by and by and through their legal guardian Elizabeth Lemuel,
D.J.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel,
D.S.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel, and
Z.A.T.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel,

    Plaintiffs,

v.

EL PASO COUNTY, COLORADO,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
DEPUTY DANIEL LEBARON, in his individual capacity,
DEPUTY BRITTANY STUBBS, in her individual capacity,
DEPUTY ANN BELL, in her individual capacity,
DEPUTY BRANDON BURGESS, in his individual capacity,
SERGEANT KIMBERLY MILLER, in her individual capacity,
SERGEANT JAMES RODRIGUEZ, in his individual capacity,
DEPUTY JOHN BRIENZA, in his individual capacity,
DEPUTY CHADWICK YOUNG, in his individual capacity,
SERGEANT CODY WRIGHT, in his individual capacity,
DEPUTY KEVIN THORPE, in his individual capacity,
NURSE DIANNA BEDIA, in her individual capacity, and
NURSE ROBIN BAUER, in her individual capacity,

    Defendants,

and

EL PASO COUNTY, COLORADO,
DEPUTY DANIEL LEBARON, in his individual capacity,
DEPUTY BRITTANY STUBBS, in her individual capacity,
DEPUTY ANN BELL, in her individual capacity,
DEPUTY BRANDON BURGESS, in his individual capacity,
SERGEANT KIMBERLY MILLER, in her individual capacity,

SERGEANT JAMES RODRIGUEZ, in his individual capacity,
DEPUTY JOHN BRIENZA, in his individual capacity,
DEPUTY CHADWICK YOUNG, in his individual capacity,
SERGEANT CODY WRIGHT, in his individual capacity,
DEPUTY KEVIN THORPE, in his individual capacity,

    Third-Party Plaintiffs,

v.

UCH-MHS d/b/a UNIVERSITY OF COLORADO HEALTH MEMORIAL HOSPITAL CENTRAL,
LESLIE MOATS, M.D., and
REBECCA EIGHTEEN, RN,

    Third-Party Defendants.

---

## ENTRY OF APPEARANCE
*

Jessie M. Fischer of FARACI LEASURE, LLC hereby enters her appearance on behalf of Defendant Leslie Moats, M.D.

DATED this 27th day of October, 2020.

    *s/ Jessie M. Fischer*
    Paul A. Faraci, Esq.
    Jessie M. Fischer, Esq.
    FARACI LEASURE, LLC
    4500 Cherry Creek Drive South, Suite 675
    Glendale, Colorado 80246
    Telephone: (720) 904-1190
    Fax: (720) 294-1190
    Email: pfaraci@faracileasure.com
           jfischer@faracileasure.com

    Attorneys for Defendant
    Leslie Moats, M.D.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 27th day of October, 2020, the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Adrienne Abatemarco*