**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1875-PAB-KMT

ESTATE OF DERAMUS DEWAYNE LEMUEL, by and through its personal representative Elizabeth Lemuel;
ELIZABETH LEMUEL, individually;
Z.D.-L.M.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel;
D.J.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel;
D.S.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel; and
Z.A.T.L., individually, a minor, by and through their legal guardian Elizabeth Lemuel;

  Plaintiffs,

v.

EL PASO COUNTY, COLORADO;
ARMOR CORRECTIONAL HEALTH SERVICES, INC.;
DEPUTY DANIEL LEBARON, in his individual capacity;
DEPUTY BRITTANY STUBBS, in her individual capacity;
DEPUTY ANN BELL, in her individual capacity;
DEPUTY BRANDON BURGESS, in his individual capacity;
SERGEANT KIMBERLY MILLER, in her individual capacity;
SERGEANT JAMES RODRIGUEZ, in his individual capacity;
DEPUTY JOHN BRIENZA, in his individual capacity;
DEPUTY CHADWICK YOUNG, in his individual capacity;
SERGEANT CODY WRIGHT, in his individual capacity;
DEPUTY KEVIN THORPE, in his individual capacity;
NURSE DIANNA BEDIA, in her individual capacity; and
NURSE ROBIN BAUER, in her individual capacity;

  Defendants/Third-Party Plaintiffs,

v.

UCH-MHS D/B/A UNIVERSITY OF COLORADO HEALTH MEMORIAL HOSPITAL CENTRAL,
LESLIE MOATS, M.D., and
REBECCA EIGHTEEN, RN,

  Third-Party Defendants.

---

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS

---

Plaintiffs, by and through their undersigned counsel of record, hereby move this Court for a two-week extension of time to respond to Defendants' written discovery requests, as follows:

1. On March 25, 2021, Defendants/Third Party Plaintiffs served Plaintiffs with written discovery requests.

2. Plaintiffs responses to these discovery requests are due on or before April 22, 2021.

3. Counsel for Plaintiffs have been working diligently to complete the responses within the timeframe prescribed by the Rules, but request an extension up to and including May 7, 2021 to respond to the requests.

4. As to good cause, Plaintiffs state, and in addition to the normal press of business, counsel have been involved in the following:

    a. Darold W. Killmer and Michael Fairhurst have three separate responses to summary judgment due April 23, 2021 in the matter of *Estate of Christensen v. Axis Health System, et al.*, 18-cv-02962-WJM-SKC.

    b. Darold W. Killmer and Reid Allison have a lengthy set of discovery responses in the matter of *Estate of Bailey v. City of Colorado Springs, et al.*, Civil Action No. 20–cv–01600–WJM–KMT due April 22, 2021.

    c. Michael Fairhurst has two separate sets of discovery responses in the matter of *Estate of Flores v. Supplemental Healthcare, Inc., et al.*, Civil

2

Action No. 18-cv-002962-WJM-SKC due April 22, 2021.

d. Michael Fairhurst also has another set of discovery responses in the matter of *Moore v. Compass Group USA, Inc.*, Civil Action No. 21-cv-00487-CMA-STV due April 22, 2021.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 7.1(a)

5. Counsel for Plaintiff, Reid Allison, certifies that he conferred with counsel for Defendants, who do not oppose the relief sought herein.

6. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion is being contemporaneously served by undersigned counsel on their clients.

### CONCLUSION

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion, providing Plaintiffs up to and including May 7, 2021 to respond to Defendants' discovery requests.

DATED this 22nd day of April 2021.

KILLMER, LANE & NEWMAN, LLP

*/s/ Reid Allison*
_____
Reid Allison
1543 Champa St., Ste. 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
rallison@kln-law.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on April 22, 2021 I filed this **UNOPPOSED MOTION FOR EXTENSION** via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

3

Larry Stone
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com

*Attorneys for Defendants Axis Health System, Brian Ensign, and Morgan Williams*

Thomas B. Quinn
Peggy E. Kozal
Margaret L. Boehmer
tquinn@gordonrees.com
pkozal@grsm.com
mboehmer@gordonrees.com

*Attorneys for Defendants Ann Trebelhorn and Alfredo Chavarria*

Susan M. Stamm, Esq.
HARRIS, KARSTAEDT, JAMISON & POWERS, PC
sstamm@hkjp.com

*Attorney for Defendant Deborah Quayle*

                                                  KILLMER, LANE & NEWMAN, LLP

                                                  *s/ Jesse Askeland*
                                                  _____
                                                  Jesse Askeland