**EXHIBIT A TO BILL OF COSTS**

**Case No. 20-cv-1875-PAB-KMT**

Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920

|  | **Fees incidental to attendance at settlement conference** |  |
|---|---|---|
| 1. | UCH-MHS Defendants' portion of mediator fees incurred for attendance at Settlement Conference on May 18, 2021 (*see* Invoice dated June 7, 2021, attached as **Exhibit A-1**).<br><br>*See Parker v. USAA*, 216 P.3d 7 (Colo. App. 2007). | $229.60 |