EXHIBIT A-1 to Bill of Costs



1001 Bannock St.
Denver, CO 80204
Phone: (303) 293-2301 Fax: (303) 223-5707
Tax ID # 85-2021353
[Click here to pay this invoice.](#)

## INVOICE

**Date:** 06/07/2021
**Invoice #:** 576
**Matter:** Lemuel
**File #:** 0016-026

**Bill To:**
UCH Memorial Hospital

**Due Date:** 07/07/2021

**Payments received after 10/08/2021 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/2021 | SJH | ███████████████████████████████ ████████████ ████████████████████████ ███████████████████████ ████████████████████████ █████████████ | 0.10 | $225.00 | $22.50 |
| 05/08/2021 | SJH | █████████████████████████ ███████ ████████████████████████████ ████████████████████████ ████████████████████ | 0.10 | $225.00 | $22.50 |
| 05/10/2021 | SJH | ███████████████████████████ ██████████ | 0.10 | $225.00 | $22.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/10/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/10/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/10/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/10/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/10/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/11/2021 | SJH | [redacted] | 0.30 | $225.00 | $67.50 |
| 05/11/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/11/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/12/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |
| 05/13/2021 | SJH | [redacted] | 0.10 | $225.00 | $22.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/2021 | SJH | ▉ | 0.10 | $225.00 | $22.50 |
| 05/14/2021 | SJH | ▉ | 0.30 | $225.00 | $67.50 |
| 05/15/2021 | SJH | ▉ | 0.10 | $225.00 | $22.50 |
| 05/15/2021 | SJH | ▉ | 0.10 | $225.00 | $22.50 |
| 05/18/2021 | SJH | ▉ | 0.50 | $225.00 | $112.50 |
| 05/18/2021 | SJH | ▉ | 0.10 | $225.00 | $22.50 |
| 05/19/2021 | SJH | ▉ | 0.05 | $225.00 | $11.25 |
| 05/28/2021 | SJH | ▉ | 0.10 | $225.00 | $22.50 |

|  | For professional services rendered | 2.85 | $641.25 |
|---|---|---|---|

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/2021 | SJH | E121-Arbitrators/mediators Settlement Conference | 1 | $229.60 | $229.60 |

|  |  |
|---|---|
| Total additional charges | $229.60 |
| Invoice Amount | $870.85 |
| Payment Received | $641.25 |
| Remaining Balance | $229.60 |
| Previous Invoices Balance | $1,661.25 |
| Balance Due | $1,890.85 |