IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1875-PAB-MDB

ESTATE OF DERAMUS DEWAYNE LEMUEL, *et al.*,

    Plaintiffs,

v.

EL PASO COUNTY, *et al.*,

    Defendants.

---

### JOINT STATUS REPORT
---

Plaintiffs and Defendants, through their undersigned counsel of record, hereby provide the following Joint Status Report and state as follows:

1. The Parties have provided Notice to this Court that a settlement involving all Parties and all claims has been reached.

2. This court has Ordered counsel to file a joint status report regarding the status of the settlement on or before October 12, 2022. [Doc. 142].

3. Counsel have been diligently working to resolve this matter, but due to the need for probate court to approve the settlement and distribution of the proceeds to Mr. Lemuel's minor children and other heirs, the process is ongoing.

4. Counsel, two third-party structured settlement companies, and Plaintiffs' probate counsel have been discussing the terms and conditions of the settlement as it relates to the minor Plaintiffs and other heirs in this case and are close to finalizing the agreement.

5. Counsel anticipates filing the motion for approval in El Paso County Probate Court by the end of this week or early next week.

6. After filing, there will be a waiting period before approval so that any party or interpleaders can object and a hearing on the motion can occur.

7. Counsel expects that a final approval of the settlement agreement will take place before the end of 2022 but cannot guarantee when the probate court proceedings will conclude.

8. Once the settlement agreement is approved by the probate court, Plaintiffs and Defendants must engage in several additional steps for the settlement proceeds to be paid and this case dismissed.

9. This process may take an additional month.

10. Based on the length of time the Parties require to conclude the settlement process before dismissal can occur, the Parties would be amenable were this Court to decide to administratively close the case. The case would then remain dormant until the filing of the stipulation(s) to dismiss with prejudice upon final completion of the terms of the settlement agreement.

Respectfully submitted this 12th day of October 2022.

APPROVED:

s/Liana Orshan

Darold W. Killmer
Liana Orshan
Reid Allison
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dkillmer@kln-law.com
lorshan@kln-law.com
rallison@kln-law.com

*Attorneys for Plaintiffs*

s/ Gordon L. Vaughan

Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com

*Attorney for Defendants El Paso County, LeBaron, Stubbs, Bell, Burgess, Miller, Rodriguez, Brienza, Young, and Wright*

        *s/ Simone Montoya*

        _____
Simone Montoya
Margaret K. Gray
Messner Reeves LLP
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
(303) 405-0481
smontoya@messner.com
mgray@messner.com

*Counsel for Defendants Armor Correctional Health Services, Inc., Bedia, and Bauer*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2022 I filed the foregoing via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com

*Attorney for Defendants El Paso County, LeBaron, Stubbs, Bell, Burgess, Miller, Rodriguez, Brienza, Young, and Wright,*

Simone Montoya
Margaret K. Gray
Messner Reeves LLP
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
(303) 405-0481
smontoya@messner.com
mgray@messner.com

*Counsel for Defendants Armor Correctional Health Services, Inc., Bedia, and Bauer*

        KILLMER, LANE & NEWMAN, LLP

        *s/ Liana Orshan*

        _____
Liana Orshan

3