# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 20-CV-01875-PAB-KLM

ESTATE OF DERAMUS DEWAYNE LEMUEL, BY AND THROUGH ITS PERSONAL REPRESENTATIVE ELIZABETH LEMUEL,
ELIZABETH LEMUEL, INDIVIDUALLY,
Z.D.-L.M.L., INDIVIDUALLY, A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELIZABETH LEMUEL,
D.J.L., INDIVIDUALLY, A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELIZABETH LEMUEL,
D.S.L., INDIVIDUALLY, A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELIZABETH LEMUEL, AND
Z.A.T.L., INDIVIDUALLY, A MINOR, BY AND THROUGH THEIR LEGAL GUARDIAN ELIZABETH LEMUEL,

    PLAINTIFFS,

V.

EL PASO COUNTY, COLORADO,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
DEPUTY DANIEL LEBARON, IN HIS INDIVIDUAL CAPACITY,
DEPUTY BRITTANY STUBBS, IN HER INDIVIDUAL CAPACITY,
DEPUTY ANN BELL, IN HER INDIVIDUAL CAPACITY,
DEPUTY BRANDON BURGESS, IN HIS INDIVIDUAL CAPACITY,
SERGEANT KIMBERLY MILLER, IN HER INDIVIDUAL CAPACITY,
SERGEANT JAMES RODRIGUEZ, IN HIS INDIVIDUAL CAPACITY,
DEPUTY JOHN BRIENZA, IN HIS INDIVIDUAL CAPACITY,
DEPUTY CHADWICK YOUNG, IN HIS INDIVIDUAL CAPACITY,
SERGEANT CODY WRIGHT, IN HIS INDIVIDUAL CAPACITY,
DEPUTY KEVIN THORPE, IN HIS INDIVIDUAL CAPACITY,
NURSE DIANNA BEDIA, IN HER INDIVIDUAL CAPACITY, AND
NURSE ROBIN BAUER, IN HER INDIVIDUAL CAPACITY,

    DEFENDANTS,

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come before the Court upon Plaintiffs and Defendants Armor Correctional Health Services, Inc. and El Paso County, Colorado, the Court having reviewed said Stipulation and being otherwise fully advised in the premises,

HEREBY GRANTS the Stipulation for Dismissal with Prejudice as to Defendants Armor Correctional Health Services, Inc.and El Paso County, Colorado

DONE this _____ day of _____, 2023.

BY THE COURT:

_____

{07044893 / 2}